UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RICHARD DANIELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:21-cv-1262-GMB |
| LEGACY FUNERAL GROUP, LLC, | ) ) ) |
| Defendant. | ) ) |

## **ORDER APPROVING SETTLEMENT**

Before the court is the parties' Joint Motion for Approval of Settlement. Doc. 11. This case involves claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), and therefore requires court approval of any settlement. *Lynn's Food Stores*, *Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.").

The court acknowledges that this order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the FLSA—willful, intentional, or otherwise. The court has reviewed the record in this case, the parties' Joint Motion for Approval of Settlement Agreement, and the attached settlement agreement. Docs. 11 & 11-1. In light of the information

provided by the parties, the court is of the opinion that *bona fide* disputes exist over the application of the FLSA and relevant provisions of the FLSA.

The court also finds that the settlement agreement between the parties reflects a fair and reasonable resolution of those *bona fide* disputes. Accordingly, it is ORDERED as follows:

1. The court APPROVES the settlement as a fair, reasonable, and adequate resolution of this dispute and GRANTS the Joint Motion for Approval of Settlement (Doc. 11); and

2. The court DISMISSES this case WITH PREJUDICE, each party to bear his or its own costs, attorneys' fees, and expenses, with the exception of the allocation of attorneys' fees and costs to counsel for Plaintiff described in the settlement agreement and release, which constitute all attorneys' fees, expenses, and costs due for this action.

DONE and ORDERED on January 19, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE